WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
Attorney for Defendant
CARLOS WRIGHT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CARLOS WRIGHT,<br><br>  Defendant. | CASE NO: 2:17-CR-0354-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, acting United States Attorney, and Edward Veronda, Assistant United States Attorney, counsel for the United States of America, and Jennifer M. Waldo counsel for Carlos Wright that the Sentencing date, currently scheduled for Wednesday, May 26, 2021 be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

/ / / /

/ / / /

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 1

The Stipulation is entered into for the following reasons:

1. That on May 17, 2021, a revised Presentence Investigation Report (PSR) was filed in the instant matter, which modified the recommendation made by the United States Probation Office;

2. That counsel for Mr. Wright needs additional time to review the revised PSR with Mr. Wright and prepare any necessary objections, if any, to the revised PSR;

3. That defendant Wright is currently in custody in Tennessee, which makes communicating with Mr. Wright more challenging;

4. That counsel for Mr. Wright also requires additional time to prepare and file any Sentencing Memorandums in this matter;

5. That, as noted above, Mr. Wright is in custody in Tennessee, but it is counsel's understanding that he has no objection to this request for a continuance;

6. That counsel for Mr. Wright has spoken to government counsel and the government has no objection to this request for a continuance;

7. That counsel for the government will be out of the State from June 25, 2021 – June 30, 2021 and therefore, respectfully requests any new sentencing date not be set during that timeframe;

8. That the additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively prepare for sentencing; and

9. This is the first request to continue the sentencing in this matter.

DATED this 19th day of May, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney                     Waldo Law, LLC.

By: */s/ Edward Varonda*                          By: */s/ Jennifer M. Waldo*
Counsel for USA                                   Counsel for Carlos Wright

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
Attorney for Defendant
CARLOS WRIGHT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS WRIGHT,<br><br>Defendant. | CASE NO: 2:17-CR-0354-APG-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

1. That on May 17, 2021, a revised Presentence Investigation Report (PSR) was filed in the instant matter, which modified the recommendation made by the United States Probation Office;

2. That counsel for Mr. Wright needs additional time to review the revised PSR with Mr. Wright and prepare any necessary objections, if any, to the revised PSR;

3. That defendant Wright is currently in custody in Tennessee, which makes communicating with Mr. Wright more challenging;

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 3

4. That counsel for Mr. Wright also requires additional time to prepare and file any Sentencing Memorandums in this matter;

5. That, as noted above, Mr. Wright is in custody in Tennessee, but it is counsel's understanding that he has no objection to this request for a continuance;

6. That counsel for Mr. Wright has spoken to government counsel and the government has no objection to this request for a continuance;

7. That counsel for the government will be out of the State from June 25, 2021 – June 30, 2021 and therefore, respectfully requests any new sentencing date not be set during that timeframe;

8. That the additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively prepare for sentencing; and

9. This is the first request to continue the sentencing in this matter.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

## ORDER

IT IS THEREFORE ORDERED that the sentencing date currently scheduled for May 26, 2021 at 3:00 p.m., be vacated and continued to the 30th day of June, 2021, at the hour of 1:00 p.m. in Courtroom 6C.

DATED AND DONE this 20th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 4